## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| M.G., | : | No. 29 EAP 2020 |
| | : | |
| Appellee | : | |
| | : | Appeal from the Order entered on |
| | : | September 25, 2020 in the |
| v. | : | Commonwealth Court at No. 201 |
| | : | MD 2019. |
| | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| | : | |
| Appellant | : | |

## <u>ORDER</u>

**PER CURIAM**                                                                **DECIDED:  September 22, 2021**

**AND NOW**, this 22nd day of September, 2021, the order of the Commonwealth Court is REVERSED.  *See Commonwealth v. Lacombe*, 234 A.3d 602 (Pa. 2020) (holding Subchapter I of the Sex Offender Registration and Notification Act, 42 Pa.C.S. §§ 9799.51-9799.76, does not constitute criminal punishment and is not an *ex post facto* law).